Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:  (323) 979-2063
Facsimile:   (323) 488-6748
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Aimee Aquitania,<br><br>                              Plaintiff,<br><br>      v.<br><br>Equifax Information Services, LLC,<br>Home Point Financial Corporation<br>formerly known as Maverick Funding<br>Corp.<br>                              Defendant. | Case No.: 2:22-CV-298<br><br>**The Hon. Morrison C. England, Jr.**<br><br>**ORDER FOR CASE DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC**<br><br>Complaint Filed: 12/23/2021 |

THE COURT having reviewed the Parties' Proposed Stipulation for Dismissal with Prejudice, and being fully advised in the premises, DOES HEREBY ORDER, that Equifax Information Services, LLC is dismissed with prejudice with each party to bear their respective costs and fees.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.
Dated:  July 15, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE